**This order is SIGNED.**

**Dated: September 17, 2020**

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



acn

**SCOTT B. MITCHELL (5111)**
2919 E. Willow Creek Drive
Sandy, UT 84093
Telephone: (801)942-7048
Facsimile: (801)942-7047
e-mail: scott_mitchell@earthlink.net
Attorney for the Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \*

| | |
|---|---|
| In re | \* Bankruptcy No. 14-25369 |
| | \* |
| CHAD A. PASSA | \* |
| LISA M. HART | \* Chapter 13 |
| | \* |
| Debtors. | \* |
| | \* Honorable William T. Thurman |

\* \* \* \*

**ORDER AND JUDGMENT RE ATTORNEY FEES**

\* \* \* \*

The hearing on Debtor's APPLICATION FOR ATTORNEY FEES INCURRED BY DEBTORS ON APPEAL was held before the Court on September 16, 2020, the Honorable William T. Thurman presiding. Scott B. Mitchell appeared on behalf of the Debtors. David P. Billings appeared on behalf of Kelly G. Clark. Albert N. Pranno did not file an objection to the Application and did not appear at the hearing. The Court has carefully considered the Application, Mr. Clark's objection to the Application, as well as the argument of counsel. The Court made its findings of fact and

conclusions of law on the record at the conclusion of the hearing.  Based on the findings of fact and conclusions of law, and finding good cause therefor,

**IT IS ORDERED:**

1. Judgment is hereby entered in favor of Debtors and against Kelly G. Clark and Albert N. Pranno, jointly and severally, in the amount of $2,175 for Debtors' attorney fees incurred between December 16, 2017 and April 2, 2019.

2. Judgment is hereby entered in favor of Debtors and against Kelly G. Clark individually in the amount of $9,650 for Debtors' attorney fees incurred between April 3, 2019 and July 31, 2020.

*** END OF DOCUMENT ***

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order and Judgment re Attorney Fees shall be served to the parties and in the manner designated below:

**BY ELECTRONIC SERVICE:**

David P. Billings dbillings@fabianvancott.com, jwinger@fabianvancott.com;mdewitt@fabianvancott.com
T. Edward Cundick tec@princeyeates.com, laardema@clydesnow.com
Kenyon D. Dove kdove@smithknowles.com, dcouch@smithknowles.com,sirvin@smithknowles.com
Armand J. Howell armand@hwmlawfirm.com, meghan@hwmlawfirm.com;armandh@ecf.courtdrive.com
Lon Jenkins tr ecfmail@ch13ut.org, lneebling@ch13ut.org
Mark S. Middlemas LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
Albert N. Pranno AlPranno@PrannoLaw.com
Mark S. x2Middlemas LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
Gale K. x5Francis txbk13@utah.gov
United States Trustee USTPRegion19.SK.ECF@usdoj.gov
Scott B. Mitchell scott_mitchell@earthlink.net

/s/Scott B. Mitchell

_____